IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZIA TRUST COMPANY, as Personal
Representative of DYLAN CAUSEY, minor son
of JODIE OCKLE, and sole beneficiary of
MEGAN DYLAN CAUSEY,

        Plaintiffs,

v.                                                                                             CIV 08-0077 KBM/CEG

CARLOS MONTOYA
and COUNTY OF DOÑA ANA,

        Defendants.

## ORDER

THIS MATTER came before the Court on Plaintiffs' and Defendants' Motions in Limine *(Docs. 155, 156, 157)*, Defendants' Motion to Strike *(Doc. 169)*, and other pre-trial motions. A hearing was held on Friday, July 16, 2010 at which I gave my reasoning and rulings. I incorporate my discussion from the hearing and for the reasons stated on the record, the Court hereby rules as follows:

    1)     Defendants' motion in limine regarding the testimony of Ron Feder *(Doc. 155 at 1-2)* is denied as moot because Plaintiff will not be calling Ron Feder.

    2)     Defendants' motion in limine regarding the testimony of Andrew Scott *(Doc. 155 at 2)* is denied in part and granted in part. Testimony as to mental state is limited to the context of officer training.

    3)     Defendants' motion in limine regarding William Patterson's testimony as

    to the value of hedonic damages *(Doc. 155 at 2-3)* is granted.

4) Defendants' motion in limine regarding the District Attorney's investigation into the incident *(Doc. 155 at 3-4)* is granted.

5) Defendants' motion in limine regarding evidence of Deputy Montoya's DWI convictions *(Doc. 155 at 4)* is denied.  A limiting instruction will be given.

6) Defendants' motion in limine regarding evidence of Deputy Montoya's high blood pressure medication *(Doc. 155 at 4-5)* is denied in part and granted in part.  Limited to impeachment of Dr. Lewinsky's analysis.

7) The Court will reserve ruling on Defendants' motion in limine regarding statements made by Stan Infante *(Doc. 155 at 5-6)*.  The Court will determine foundation/hearsay in context of Mr. Scott's opinion basis.

8) Plaintiffs' motion in limine regarding evidence unknown to Deputy Montoya at the time of shooting *(Doc. 156)* is granted at this time, subject to review in context of evidence at trial.

9) Plaintiffs' motion in limine regarding testimony of boot prints *(Doc. 157)* is denied in part and granted in part.  No expert opinion shall be permitted.

10) Defendants' motion to strike Plaintiffs' witness *(Doc. 169)* is granted because Plaintiff failed to timely identify the witness.

**IT IS SO ORDERED**.

Entered *nunc pro tunc* July 16, 2010.

                _____
                KAREN B. MOLZEN
                UNITED STATES MAGISTRATE JUDGE
                Presiding by Consent