IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZIA TRUST COMPANY, as Personal
Representative of DYLAN CAUSEY, minor son
of JODIE OCKLE, and sole beneficiary
of MEGAN DYLAN CAUSEY, deceased,

       Plaintiff,

v.

                                                    No. CIV 08-0077 KBM/CEG

CARLOS MONTOYA,
and COUNTY OF DOÑA ANA,

       Defendants.

## ORDER APPROVING SETTLEMENT

       THIS MATTER came before the Court today for a Fairness Hearing on the settlement reached by the parties.  For the reasons set forth in Mr. Hart's thorough and excellent Guardian Ad Litem Report and further recited by the Court at the hearing which was tape recorded, I make the following findings:  (1) the terms of the settlement are objectively fair under the circumstances, and (2) appropriate measures have been taken to assure the settlement promotes the best interests of the minor, Dylan Causey.

       Wherefore,

       IT IS THEREFORE ORDERED that the Settlement Agreement is hereby approved including the proposed allocation for attorney fees and costs.  The Trust as contemplated shall be implemented, and upon execution of the required releases and distribution of the settlement funds, Plaintiffs shall submit a proposed Final Order of Dismissal for my signature.

                                              _____
                                              HONORABLE KAREN B. MOLZEN
                                              UNITED STATES MAGISTRATE JUDGE
                                              Presiding by Consent